IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JACK MILLER, individually, and o/b/o his minor son, D.M., *Plaintiff*, | § § § § |
| v. | §  CIVIL ACTION NO. 6:20-cv-131 |
| MICHAEL WEBBER, TREY MAYBERRY, and RAYMOND FRANCIS, *Defendants*. | § § § § § |

**CERTIFICATE OF INTERESTED PERSONS**

Plaintiff certifies that all persons, associations of persons, firms, partnerships, guarantors, insurers, affiliates, parent corporations or other legal entities who are corporations which have a financial interest in the outcome of this case are listed below.

1. Jack Miller
2. Michael Webber
3. Trey Mayberry
4. Raymond Francis
5. Scott H. Palmer, P.C.
6. Scott H. Palmer
7. James P. Roberts

Respectfully submitted,

/s/ *Scott H. Palmer*
SCOTT H. PALMER
Texas Bar No. 00797196
JAMES P. ROBERTS
Texas Bar No. 24105721
Colorado Bar No. 46582

SCOTT H. PALMER, P.C.
15455 Dallas Parkway,
Suite 540, LB 32
Dallas, Texas 75001
Tel: (214) 987-4100
Fax: (214) 922-9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com

ATTORNEYS FOR PLAINTIFF