IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JACK MILLER, individually, and o/b/o his minor son, D.M., Plaintiff | § § § § |
| v. | §   CIVIL ACTION NO. 6:20-cv-00131-H |
| MICHAEL WEBBER, TREY MAYBERRY, and RAYMOND FRANCIS, Defendants. | § § § § § |

## CERTIFICATE OF INTERESTED PERSONS

Michael Webber, Trey Mayberry, and Raymond Francis, Defendants file this their Certificate of Interested Persons pursuant to Local Rule 3.1 certifying that the following listed persons or entities have a financial interest in the outcome of this case.

Jack Miller, individually and o/b/o his minor son, D.M.
Plaintiff

Scott H. Palmer
James P. Roberts
Scott H. Palmer, P.C.
Plaintiff's counsel

Michael Webber
Trey Mayberry
Raymond Francis
Defendants

Jon Mark Hogg
Jackson Walker L.L.P.
Counsel for Defendants

Texas Municipal League Intergovernmental Risk Pool
Provides coverage to the City of San Angelo, Texas

Respectfully submitted,

JACKSON WALKER L.L.P.
136 W. Twohig Ave., Suite B
San Angelo, Texas  76903
jmhogg@jw.com
(325) 481-2560
(325) 481-2585 - Facsimile


By: /s/ Jon Mark Hogg
      Jon Mark Hogg
      State Bar No. 00784286

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record on file.

/s/ Jon Mark Hogg
Jon Mark Hogg