UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JACK MILLER, individually, and on behalf of his minor son, D.M.,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL WEBBER, et al.,<br><br>    Defendants. | No. 6:20-CV-131-H |

**JUDGMENT AND DIRECTION TO
DEPOSIT MONEY INTO THE REGISTRY OF THE COURT**

**1.     Settlement Agreement Incorporated by Reference**

Plaintiff Jack Miller, individually, and on behalf of his minor son, D.M., has compromised and settled his claims against Defendants Michael Webber, Trey Mayberry, Raymond Francis, and San Angelo, Texas.  The settlement agreement is incorporated herein by reference.

The Court has appointed Kristen Ayers to serve as the guardian ad litem for the minor.  As set forth in the settlement agreement and as explained below, the guardian ad litem has approved the settlement and has recommended that this Court enter an order accordingly.

**2.     Recitals and Findings**

The Plaintiff, and the guardian ad litem, Kristen Ayers, announced that they had reached a settlement with Defendants Michael Webber, Trey Mayberry, Raymond Francis, and San Angelo, Texas.

It was announced to the Court that there was a disagreement and controversy as to the liability of Defendants Michael Webber, Trey Mayberry, Raymond Francis, and San

Angelo, Texas, which have denied that they were liable to the Plaintiff.

The Court called for evidence bearing upon the fairness and reasonableness of the Settlement Agreement and Release of All Claims as to the claims of the Plaintiff against Defendants Michael Webber, Trey Mayberry, Raymond Francis, and San Angelo, Texas. The Court also heard evidence as to the actions taken by the court-appointed guardian ad litem, Kristen Ayers, to evaluate the issues in this cause and the fairness and the reasonableness of the settlement as to the claim of the minor Plaintiff D.M. The Court also took into consideration the recommendation of the guardian ad litem to approve the settlement.

The Court finds that the guardian ad litem, Kristen Ayers, properly and diligently represented the interests of D.M., a minor, in evaluating and recommending the approval of the settlement. The Court thanks her for her service.

The Court finds that the Settlement Agreement and Release of All Claims is fair, reasonable, and in the best interest of the minor, D.M., and as such it should be approved and hereby is approved.

The Court orders that the Plaintiff takes nothing from Defendants Michael Webber, Trey Mayberry, Raymond Francis, and San Angelo, Texas, except as set forth in the Settlement Agreement and Release of All Claims, and that his claims are hereby dismissed with prejudice.

The Court orders that the defendants pay the guardian ad litem $2,425.00 for her reasonable and necessary services.

All costs between Plaintiff Jack Miller, individually, and on behalf of his minor son, D.M., and Defendants Michael Webber, Trey Mayberry, Raymond Francis, and San

Angelo, Texas shall be borne by the party that incurred them.

3.  **Money to be Deposited into the Registry of the Court**

Pursuant to the Settlement Agreement and Release of All Claims, the settlement amount going to the minor shall be deposited into the registry of the Court until such time as the minor turns 18 years of age. This includes the following:

- D.M., a minor, the sum of FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00).

This is a final judgment disposing of all issues and parties.

So ordered on April 4, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE